UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES CUNNINGHAM, 02-B-1597,

        Petitioner,                        AMENDED REFERRAL ORDER

                                              07-CV-6005L(VEB)

-vs-

JAMES T. CONWAY, Supt. of Attica,

        Respondent.

_____

    It is hereby ORDERED that the ORDER dated June 6, 2007, (Dkt. # 11), entered in this case on June 7, 2007, is amended as follows:

    The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

    All other provisions of said ORDER remain in full force and effect.

    IT IS SO ORDERED.

                                                            DAVID G. LARIMER
                                                       United States District Judge

DATED:    August 15, 2007
                Rochester, New York